LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-09250 BRO (MRWx) | Date | March 12, 2014 |
|---|---|---|---|
| Title | Angelia M Hill v. Mike Donley et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DEFENDANTS' MOTION TO DISMISS (filed 2/14/2014) [38]**

Defendants Deborah Lee James, Secretary of the United States Air Force, sued in her official capacity, filed a Motion to Dismiss on February 14, 2014, which is set for hearing on March 24, 2014.   Plaintiff's opposition was due March 3, 2014.   *See* C.D. Cal. L.R. 7-9.  The Court has not received Plaintiff's Opposition to defendant's Motion to Dismiss.

Plaintiff is ORDERED TO SHOW CAUSE why this Motion to Dismiss should not be granted.  Plaintiff must respond to this order no later than **noon on Monday, March 17, 2014**.

Failure to file a response risks granting of the motion to dismiss and/or dismissal of the entire action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |