LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 13-09250 BRO (MRWx)** | Date | June 6, 2014 |
|---|---|---|---|
| Title | **ANGELIA M. HILL v. DEBORAH LEE JAMES, SECRETARY U.S. AIR FORCE** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CASE RE FAILURE TO OPPOSE

 Pending before the Court is Defendant Deborah Lee James's motion to dismiss. (Dkt. No. 49.)  When Defendant filed the motion, she set the hearing date for June 23, 2014.  (*See id.*)  Pursuant to the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Defendant's motion was due no later than June 2, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

 Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendant's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Tuesday, June 10, 2014, at noon.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendant's motion.  The Court admonishes Plaintiff that this is the second time she has failed to file a timely opposition to Defendant's motions.  (*See* Dkt. No. 39.)  Continued failure to participate in this lawsuit will be deemed a failure to prosecute, and the case will be dismissed.  *Chambers v. NASCO Inc.*, 501 U.S. 32, 44 (1991).

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |